■ EASTMAN KODAK COMPANY, Respondent, v LSW INDUSTRIES, INC., et al., Appellants. [775 NYS2d 684]—Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered October 23, 2002. The order granted plaintiff's motion for summary judgment and awarded plaintiff judgment in the amount of $82,646, plus interest.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Green, J.P., Hurlbutt, Kehoe, Gorski and Hayes, JJ.